# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES S. PENDERGRAFT, IV,**

               **Plaintiff,**

**-vs-**                                   **Case No.  6:11-cv-1116-Orl-31KRS**

**STATE OF FLORIDA; AGENCY FOR
HEALTH CARE ADMINISTRATION;
PAM BONDI, in her capacity as Attorney
General for the State of Florida; LAURA
MACLAFFERTY, individually and in her
capacity as Unit Manager, Bureau of Health
Facility Regulation for the Administrative
Health Care Agency; and RICHARD
SALIBA, individually and in his capacity as
Assistant General Counsel of the
Administrative Health Care Agency,**

               **Defendants.**

_____

# ORDER

      This matter comes before the Court *sua sponte*.  On July 7, 2011, the Court ordered the

Plaintiff to serve the Defendants "expeditiously" with the Complaint and the Motion for

Preliminary Injunction (Doc. 3), and to notify the Court when this had been accomplished, so that

the Court could schedule the motion for a hearing.  (Doc. 4 at 2-3).  Two months have passed, and

the Plaintiff has not notified the Court that any sort of service has been accomplished.

Accordingly, it is hereby

ORDERED that the Motion for Preliminary Injunction (Doc. 3) is **DENIED WITHOUT PREJUDICE**. The Plaintiff may reassert the motion, if he desires, after he has properly served the Defendants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 6, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

-2-