**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES S. PENDERGRAFT, IV,**

        **Plaintiff,**

-vs-                                                   Case No.  6:11-cv-1116-Orl-31KRS

**STATE OF FLORIDA; AGENCY FOR**
**HEALTH CARE ADMINISTRATION;**
**PAM BONDI, in her capacity as Attorney**
**General for the State of Florida; LAURA**
**MACLAFFERTY, individually and in her**
**capacity as Unit Manager, Bureau of Health**
**Facility Regulation for the Administrative**
**Health Care Agency; and RICHARD**
**SALIBA, individually and in his capacity as**
**Assistant General Counsel of the**
**Administrative Health Care Agency,**

        **Defendants.**

_____

## ORDER

This matter comes before the Court *sua sponte*. On July 7, 2011, the Court ordered the Plaintiff to serve the Defendants "expeditiously" with the Complaint and the Motion for Preliminary Injunction (Doc. 3), and to notify the Court when this had been accomplished, so that the Court could schedule the motion for a hearing. (Doc. 4 at 2-3). Two months have passed, and the Plaintiff has not notified the Court that any sort of service has been accomplished. Accordingly, it is hereby

**ORDERED** that the Motion for Preliminary Injunction (Doc. 3) is **DENIED WITHOUT PREJUDICE**. The Plaintiff may reassert the motion, if he desires, after he has properly served the Defendants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 6, 2011.

                                                                                         _____
                                                                                         GREGORY A. PRESNELL
                                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party